**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| TYRONE A. PARKS,<br><br>         Plaintiff,<br><br>    v.<br><br>J. CASTILLO, and M. WERNER,<br><br>         Defendants. | Case No. CV 22-03609-CJC (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMNEDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. section 636, the Court has reviewed the Fourth Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

   **IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice against Defendant M. Werner.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff.

DATED: May 8, 2023

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE