**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| TYRONE A. PARKS,<br><br>           Plaintiff,<br><br>   v.<br><br>J. CASTILLO, and M. WERNER,<br><br>           Defendants. | Case No. CV 22-03609-CJC (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice as to Defendant M. Werner.

DATED: May 8, 2023

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE